1  Todd M. Friedman (216752)
2  Law Offices of Todd M. Friedman, P.C.
3  21031 Ventura Blvd., Suite 340
   Woodland Hills, CA 91364
4  Phone: 323-306-4234
5  Email: tfriedman@toddflaw.com
   Attorneys for Plaintiff
6
7              **UNITED STATES DISTRICT COURT**
               **CENTRAL DISTRICT OF CALIFORNIA**
8
9  JACOB LOWRY**,**                    ) Case No. 8:25-cv-00180-DOC-ADS
                                       )
10 Plaintiff,                          ) **NOTICE OF VOLUNTARY**
                                       ) **DISMISSAL OF ENTIRE CASE**
11                                     ) **WITHOUT PREJUDICE**
12    vs.                              )
                                       )
13 BETTER DEBT SOLUTIONS, LLC;         )
14 and LENDVIA, LLC; and DOES 1        )
   through 10, inclusive, and each of them,)
15                                     )
16 Defendant.                          )
                                       )
17 _____   )

        **NOTICE IS HEREBY GIVEN** that Plaintiff, pursuant to Federal Rule of

18
19 Civil Procedure 41(a)(1(A)(i), hereby voluntarily dismisses the entire case without

20 prejudice. Defendants have neither answered Plaintiff's Complaint, nor filed a

21
22 motion for summary judgment. Accordingly, this matter may be dismissed without

23 prejudice and without an Order of the Court.

24
       RESPECTFULLY SUBMITTED this 7th day of May, 2025.
25

26              By:    s/Todd M. Friedman
                       Todd M. Friedman, Esq.
27                     Law Offices of Todd M. Friedman, P.C.
28                     Attorney for Plaintiff

                          Notice of Dismissal  - 1

**PROOF OF SERVICE**

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, State of California, and not a party to the above-entitled cause. On May 7, 2025, I electronically filed with the Court through its CM/ECF program and served a true copy through the same program the following documents: **NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE CASE WITHOUT PREJUDICE** on interested parties in said case as follows:

[x]    ELECTRONICALLY, Pursuant to the CM/ECF system, registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities.  The Court's CM/ECF system sends an email notification of the filing to the parties and counsel of record listed above who are registered with the Court's CM/ECF system.

Place of Filing: 21031 Ventura Blvd., Suite 340, Woodland Hills, CA 91364.

Executed on May 7, 2025, at Woodland Hills, CA

[x] I hereby certify under the penalty of perjury that the foregoing is true and correct.

By: s/ Todd M. Friedman
        Todd M. Friedman